# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**David Warth,**

Plaintiff,

v.

THE UNITED STATES,

Defendant.

26-211T

Case No. _____

## COMPLAINT FOR REFUND OF FEDERAL TAX

(26 U.S.C. § 7422; 28 U.S.C. § 1346(a)(1))

### I. JURISDICTION AND VENUE

1. This action is brought pursuant to 28 U.S.C. § 1346(a)(1) to recover federal internal revenue taxes erroneously assessed, collected, or wrongfully retained by the United States.

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1491(a)(1) and 28 U.S.C. § 1346(a)(1).

3. This action satisfies the requirements of 26 U.S.C. § 7422(a) and 26 U.S.C. § 6532(a).

4. Plaintiff filed a timely federal income tax return claiming a refund based upon withholding and overpayment.

5. More than six months have elapsed since the filing of the administrative refund claim and the refund has not been paid.

### II. PARTIES

6. Plaintiff is an individual taxpayer residing in Atlanta, GA.

7. Defendant is the United States of America.

### III. FACTUAL ALLEGATIONS

8. Plaintiff timely filed a federal income tax return for tax year 2023 on 9/19/2024.

9. The return reported withholding reflected on Forms 1099-OID.

10. Third-party withholding payments were remitted to the United States Treasury under the payer's EIN (71-0415188).

11. IRS transcripts and CAF/BMF records confirm receipt of such payments.

12. These remittances constitute taxes paid on Plaintiff's behalf under 26 U.S.C. § 31.

13. Total payments exceeded Plaintiff's actual tax liability, creating an overpayment.

14. Despite this overpayment, the United States has failed to issue the refund.

### IV. CLAIM FOR RELIEF (26 U.S.C. § 7422)

15. Plaintiff has paid federal income taxes exceeding liability for the year at issue.

16. The United States has unlawfully retained this overpayment.

17. Plaintiff is entitled to a refund under 26 U.S.C. §§ 6402 and 7422.

### V. DAMAGES

18. Amount of overpayment: $7,068.

19. Plaintiff is entitled to statutory interest under 26 U.S.C. § 6611.

### VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against the United States for:

A. Refund of $7,068;

B. Statutory interest;

C. Costs; and

D. Such other relief as the Court deems just and proper.

**Respectfully submitted,**

David Warth

951 Bonaventure Way

Lawrenceville, GA, 30044

bussinessguest3376@gmail.com

Plaintiff, Pro Se

Date: February 5th, 2026