26-211T

**CIVIL COVER SHEET (SUMMARY)**

Basis of Jurisdiction: 28 U.S.C. § 1346(a)(1)

Nature of Suit: Tax Refund

Amount in Controversy: $7,068

Cause of Action: 26 U.S.C. § 7422 Refund of Federal Tax