## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**David Warth,**

Plaintiff,                                                                 26-211T

v.                                                    Case No. _____

**THE UNITED STATES,**

Defendant.

## MOTION FOR LEAVE TO FILE ELECTRONICALLY

Plaintiff, appearing pro se, respectfully moves the Court for leave to participate in the Court's Case Management/Electronic Case Filing (CM/ECF) system and to file all pleadings and papers electronically in this action.

In support of this motion, Plaintiff states as follows:

1. Plaintiff has filed a complaint commencing this action and intends to litigate this matter without counsel.

2. Plaintiff maintains a registered PACER account and has reliable access to a computer, internet service, and email capable of receiving Notices of Electronic Filing.

3. Plaintiff is prepared to comply with all applicable rules of the Court, including the Rules of the United States Court of Federal Claims and all CM/ECF procedures and technical requirements.

4. Electronic filing will promote efficiency, reduce costs, and facilitate prompt service and receipt of documents for both the Court and the parties.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave for Plaintiff to file documents electronically and to receive electronic service through the Court's CM/ECF system in this case, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

*David Warth*
_____

David Warth

Plaintiff, Pro Se

951 Bonaventure Way

Lawrenceville, GA, 30044

Date: February 5th, 2026