IN THE UNITED STATES COURT OF FEDERAL CLAIMS

David Warth,

Plaintiff,

v.  Case No. 1:26-cv-00211-AOB

THE UNITED STATES,

Defendant.

**MOTION FOR EXEMPTION FROM PACER FEES**

Plaintiff, appearing pro se, respectfully moves the Court for an exemption from PACER fees incurred in connection with this action.

1. Plaintiff is self-represented and litigating this matter without counsel.

2. The Court serves filings electronically through PACER links, making PACER access necessary to receive service and monitor the docket.

3. PACER fees impose a financial burden on Plaintiff and hinder access to court-required filings.

4. The Judicial Conference Electronic Public Access Fee Schedule authorizes fee exemptions for pro se litigants when necessary for case participation.

5. Plaintiff requests that any exemption apply solely to this case.

WHEREFORE, Plaintiff respectfully requests that the Court grant a PACER fee exemption for this action.

Respectfully submitted,

/s/ David Warth

David Warth

Plaintiff, Pro Se

951 Bonaventure Way

Lawrenceville, GA, 30044

Date: _____02-11-26_____