# In the United States Court of Federal Claims

No. 26-211T
(Filed: February 12, 2026)

|  |  |
|---|---|
| **DAVID WARTH**, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) ) |
| **UNITED STATES**, | ) ) |
| *Defendant.* | ) ) ) |

## ORDER

On February 11, 2026, pro se plaintiff David Warth filed a motion for exemption from fees from the Public Access to Court Electronic Records (PACER) database. ECF 10. Specifically, plaintiff seeks leave of the Court to access filings in his case electronically, through PACER, without incurring fees. In support, Mr. Warth explains that the PACER access fees impose a financial burden on him. Of note, by order dated February 11, 2026, the Court granted Mr. Warth's application to proceed in forma pauperis. ECF 9. And pursuant to his request, Mr. Warth is receiving electronic notices of filings in this matter as of February 10, 2026. *See* ECF 7.

This issue is addressed on the United States Courts website, under the "Court Programs" tab. Various automatic fee exemptions are listed on the "Electronic Public Access Fees" page under the heading, "Free Access and Exemptions," ¶ 8[1]:

- No fee is owed for electronic access to court data or audio files via PACER until an account holder accrues charges of more than $30.00 in a quarterly billing cycle.

---

[1] *Electronic Public Access Fee Schedule*, U.S. COURTS (Jan. 1, 2020), https://www.uscourts.gov/court-programs/fees/electronic-public-access-fee-schedule [https://perma.cc/FSQ7-K9XZ].

- Parties in a case (including *pro se* litigants) and attorneys of record receive one free electronic copy, via the notice of electronic filing or notice of docket activity, of all documents filed electronically, if receipt is required by law or directed by the filer.

- No fee is charged for access to judicial opinions.

- No fee is charged for viewing case information or documents at courthouse public access terminals. . . .

In light of these automatic exemptions, there is no need to grant Mr. Warth the requested fee waiver.[2] Alternatively, Mr. Warth may withdraw his February 10, 2026 Electronic Notification Consent Form (ECF 7) and receive service of all court filings in this case via U.S. mail.  Accordingly, plaintiff's motion for exemption from PACER fees (ECF 10) is **DENIED**.

It is so **ORDERED**.

/s/ Armando O. Bonilla
Armando O. Bonilla
Judge

---

[2] If Mr. Warth has any technical questions regarding his PACER account (such as why he is being charged fees that he should be exempted from), he may contact PACER directly: https://www.uscourts.gov/contact-us.