IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

No. 26-211 T
(Judge Armando O. Bonilla)

DAVID WARTH,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_____

**ANSWER**

_____

The United States, defendant, through its attorneys, files this Answer to David Warth's Complaint in the above-captioned case. Defendant respectfully denies all allegations that are not expressly admitted below. Further, defendant:

1.      Admits that this action is brought by plaintiff, David Warth, against defendant, the United States, for the refund of federal income taxes. States that the remaining allegations in paragraph 1 constitute plaintiff's legal conclusion or argument to which no response is required.

2.      States that the allegations in paragraph 2 constitute plaintiff's legal conclusion or argument about jurisdiction to which no response is required. States that this Court's jurisdiction, to the extent it exists, is founded on 28 U.S.C. § 1491(a)(1). States that, as of the date of this Answer, defendant has identified no jurisdictional defects that it intends to raise.

3.      States that the allegations in paragraph 3 constitute plaintiff's legal conclusion or argument to which no response is required. States that, as of the date of this Answer, defendant has identified no jurisdictional defects that it intends to raise.

1

4.      Avers that IRS transcripts for plaintiff's 2023 tax year show that plaintiff filed a federal income tax return on September 18, 2024. States that the allegation plaintiff filed this return "timely" constitutes legal conclusion or argument to which no response is required. Admits that plaintiff claimed a refund on this return based on reported withholding and overpayment.

5.      Admits.

6.      States that defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6. Avers that plaintiff filed a 2023 Form 1040 U.S. Individual Income Tax Return. Avers that Lawrenceville, Georgia is listed as plaintiff's city and state on plaintiff's 2023 Form 1040.

7.      Admits.

8.      Avers that IRS transcripts for plaintiff's 2023 tax year show that plaintiff filed an income tax return on September 18, 2024. Avers that IRS transcripts for plaintiff's 2023 tax year show that plaintiff filed an amended return on September 19, 2024. States that the allegation that plaintiff "timely filed a federal income tax return" constitutes legal conclusion or argument to which no response is required.

9.      Avers that plaintiff's 2023 return reported federal income tax withheld from Form(s) 1099. States that defendant lacks knowledge or information sufficient to form a belief as to whether federal income tax was withheld from Form(s) 1099.

10.      States that defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10.

11.      Denies.

12.    States that the allegations in paragraph 12 constitute plaintiff's legal conclusion or argument to which no response is required.

13.    States that defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 13.

14.    States that defendant lacks knowledge or information sufficient to form a belief about whether plaintiff overpaid his 2023 tax. Admits that the United States has not issued a refund to plaintiff for his 2023 tax year.

15.    States that defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 15.

16.    States that defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 16.

17.    States that defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 17.

18.    Admits that plaintiff is seeking a $7,068 overpayment of tax. States that defendant lacks knowledge or information sufficient to form a belief as to whether plaintiff is entitled to such relief.

19.    States that defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 19.

20.    States that plaintiff's prayer for relief requires no response. To the extent a response is required, states that defendant lacks knowledge or information sufficient to form a belief as to whether plaintiff is entitled to the requested relief.

Respectfully submitted,

Dated: April 7, 2026                    BRETT A. SHUMATE
                                        Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation
Branch

*/s/ Jason Bergmann*
JASON BERGMANN
Assistant Director

*/s/ Melissa A. Hammer*
MELISSA A. HAMMER
Attorney of Record
Tax Litigation Branch
Civil Division, Department of Justice
Post Office Box 26
Washington, D.C. 20044
Tel: 202-514-6474
Fax: 202-514-9440
Melissa.Hammer@usdoj.gov

*Attorneys for the United States*

4

CERTIFICATE OF SERVICE

I certify that service of the foregoing Answer, has this _____ day of April 2026, been

made on plaintiff, pro se, by mailing the original thereof, in a postage prepaid envelope, to the

following address:

> David Warth
> 951 Bonaventure Way
> Lawrenceville, GA 30044

U.S. Department of Justice
Tax Litigation Branch
Civil Division, U.S. Department of Justice
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
202-307-6440 (v)