OFFICE OF THE CLERK

# United States Court of Federal Claims

717 MADISON PLACE, NW
WASHINGTON, DC 20439

**OFFICIAL BUSINESS**

RECEIVED

APR 2 4 2026

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS



CERTIFIED MAIL

9589 0710 5270 0768 3471 09



$6.33 0
US POSTAGE IMI
FIRST-CLASS
063S0014950492
FROM 20005

**DAVID WARTH**
951 Bonaventure Way
Lawrenceville, GA 30044



NIXIE     326   DE 1          0004/15/26

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 20439          *0331-00412-12-19

# In the United States Court of Federal Claims

No. 26-211T
(Filed: February 9, 2026)

|  |  |
|---|---|
| DAVID WARTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Pro se plaintiff David Warth filed this tax refund case on February 5, 2026. ECF 1. Mr. Warth seeks over $7,000 in damages related to his tax year 2023 federal income tax return. To proceed with a civil action in this Court, a plaintiff must either pay $405 in fees (i.e., a $350 filing fee plus a $55 administrative fee) or request authorization to proceed without prepayment of fees by submitting a completed and signed application to proceed *in forma pauperis* (IFP). *See* 28 U.S.C. §§ 1914–15. The IFP application accompanying Mr. Warth's complaint, ECF 2, is incomplete; specifically, he failed to answer questions 2(b) and 5–8 and did not print his name at the bottom of page two. Accordingly, the Court is unable to comprehensively assess whether Mr. Warth qualifies for a waiver of the filing fees.

Within thirty days of this order, Mr. Warth shall either pay the $405 in required fees or submit a fully completed IFP application. If plaintiff fails to comply with this order, this action will be dismissed without prejudice for failure to prosecute under Rule 41(b) of Rules of the United States Court of Federal Claims.

Mr. Warth also seeks leave of the Court to file electronically, using the Court's Case Management/Electronic Case Files (CM/ECF) system. ECF 3. As explained in the Notice of Non-ECF Designation filed on February 6, 2026 (ECF 5), pro se litigants may file electronically via email: ProSe_case_filings@cfc.uscourts.gov. Plaintiff may also consent to receive all filings via email by filing an E-Notification Consent Form attached to this order. There is thus no need to grant Mr. Warth permission to use the Court's CM/ECF system for filing.

Accordingly,

(1) Plaintiff's motion for leave to file electronically (ECF 3) is **DENIED**.

(2) Within thirty days of this order, on or before **March 11, 2026**, plaintiff must either:

    a. **PAY** the $405 in required fees; or

    b. **FILE** a completed IFP application.

    c. Failure to comply with this order will result in the dismissal of this action without prejudice for failure to prosecute under RCFC 41(b).

(3) Defendant's response deadline is **VACATED** pending resolution of the filing fee issue.

(4) The Clerk of Court is directed to **VACATE** defendant's response deadline pending further order of the Court.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge

2

# In the United States Court of Federal Claims

| | | |
|---|---|---|
| _____ ) | | |
| _____ ) | Case No. _____ | |
| **Plaintiff(s),** ) | | |
| **v.** ) | **Judge** _____ | |
| **THE UNITED STATES,** ) | | |
| **Defendant.** ) | | |

## Application to Proceed _In Forma Pauperis_

I,_____, declare that the following is true and correct; that I am the plaintiff in the above entitled case; that in support of my application to proceed without being required to prepay fees, costs, or give security thereof, I state that because of my poverty, I am unable to pay the costs of said proceedings or to give security thereof, and that I am entitled to relief pursuant to 28 U.S.C. § 1915.

1. Are you incarcerated?  ◯Yes ◯No   (If the answer is no, go to question 2.)

   I am being held at: _____

   Do you receive any payment from this institution?  ◯Yes ◯No
   Monthly amount: _____

   ☐ I have attached a certified copy of my trust fund account statement (or institutional equivalent) for the six (6)-month period immediately preceding the filing of this complaint, as required by 28 U.S.C. § 1915(a)(2).

   ☐ I have attached a "Prisoner Authorization form" authorizing the Facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the court certified copies of my account statements for the past six (6) months.

2. Are you currently employed?  ◯Yes ◯No
   a. If the answer is yes, give the name and address of your employer and state the amount of your salary or wages per month (both gross and net).

b. If the answer is no, state the date of last employment and the amount of your salary or wages per month (both gross and net).

3. *Within the past twelve (12) months*, have you received any money from the following sources?
   a. Business, profession, or other form of self-employment?  ◯ Yes ◯ No
   b. Rent payments, interest, or dividends?  ◯ Yes ◯ No
   c. Pensions, annuities, or life insurance payments?  ◯ Yes ◯ No
   d. Gifts or inheritances?  ◯ Yes ◯ No
   e. Any other sources?  ◯ Yes ◯ No

   If the answer to any of the above is yes, describe each source of money and the amount received in the last twelve (12) months, and what you expect to receive in the future.

   If the answer is no to all of the questions above, explain how you are paying your expenses.

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobiles, real estate, stocks, bonds, securities, trusts, jewelry, art work, or other financial instruments or items of value, including any items of value held in someone else's name? If so, describe each property and its approximate value.

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of each monthly expense.

7. List any persons dependent upon you for support, your relationship to those persons, and how much you contribute toward their support.

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable.

*Affidavit:* I declare under penalty of perjury that the foregoing is true and correct and that a false statement may result in dismissal of my complaint.

| | |
|---|---|
| _____ | _____ |
| (Date) | (Signature of Applicant) |
| _____ | _____ |
| Prison Identification # (if incarcerated) | Print Name (Last, First, MI) |

## FORM 15A
### E-NOTIFICATION CONSENT FORM

# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| _____, | ) ) ) ) | |
| Plaintiff, | ) ) | No. _____ |
| v. | ) ) | |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

### E-NOTIFICATION CONSENT FORM

The undersigned pro se plaintiff in the above-identified case:

➢ Consents to receiving notice by e-mail via the court's electronic filing system of all electronic filings in the above-identified case, pursuant to Rule 5(b) of the Rules of the United States Court of Federal Claims.

➢ Waives service and notice by first class mail of all electronic filings in the above-identified case, including orders and judgments.

➢ Must be registered with PACER to view electronic filings in the above-identified case.

➢ Is responsible for immediately notifying the court in writing of any change of e-mail address.

The Clerk of Court is authorized to add plaintiff's e-mail address identified below to the court's electronic filing system. Plaintiff will submit all case filings via e-mail to ProSe_case_filings@cfc.uscourts.gov, through the U.S. Mail, or by deposit in the court's night box located at the garage entrance on H Street NW, between 15th Street and Madison Place.

_____
(Signature of Plaintiff)

_____
(E-mail Address)

_____
(Date)

240